IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


SUSIE PETTY-DUNLAP                                        P L A I N T I F F


v.                           CASE NO. 3:09CV00047 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on
this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final
determination of the Commissioner is affirmed and Plaintiff's case
is dismissed with prejudice.

SO ADJUDGED this 18th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE